IMOGENE KNICKERBOCKER, as Administratrix, etc., of VERNE H. KNICKERBOCKER, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards

damages for death of plaintiff's intestate resulting from an automobile being struck by a train at a grade crossing. The order denies a motion for a new trial on the minutes, and on the ground of misconduct of a juror.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.